UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTA MAHAN and JUAN RIVERA,

                Plaintiffs,

-against-

CITY OF NEW YORK, POLICE OFFICER
ALEXANDER BARTOLI, SUFFOLK COUNTY,
COMMISSIONER OF NEW YORK CITY POLICE
DEPARTMENT, COMMISSIONER OF SUFFOLK
COUNTY POLICE DEPARTMENT,
UNIDENTIFIED NEW YORK CITY POLICE
OFFICERS and CHRISTINE CUNNINGHAM,
TIMOTHY MORRIS, WILLIAM BLASCHUK,
WILLIAM REED and JOHN HOUGH,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
00-CV- 6645 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2005 ★

P.M. _____
TIME A.M. _____

        A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on July 19, 2005, granting in part the City's motion for summary judgment; dismissing plaintiffs' claim under 42 U.S.C. § 1983 with prejudice; dismissing plaintiffs' State Law claims against all defendants without prejudice; and dismissing all Bartoli's cross-claims without prejudice; it is

        ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the City's motion for summary judgment is granted in part; that plaintiffs' claims under 42 U.S.C. § 1983 is dismissed with prejudice; that plaintiffs' State Law claims against all defendants are dismissed without prejudice; and that all Bartoli's cross-claims are dismissed without prejudice.

Dated: Brooklyn, New York
       July 19, 2005

                                  s/Robert C. Heinemann
                                  ROBERT C. HEINEMANN
                                  Clerk of Court